RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 19 2009

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

IN THE FEDERAL COURT OF THE
STATE OF GEORGIA

| | | |
|---|---|---|
| Charles Berry, | ) C/A No. 1 09-MI-0106 | |
| | ) | |
| Petitioners, | ) **SUMMONS TO STAY** | |
| | ) | |
| vs | ) | |
| | ) | |
| FREMONT INVESTMENT & LOAN, INC, | ) | |
| HBSC BANK PLC, and | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Respondents. | ) | |
| STATE OF GEORGIA | ) | |
| | ) S.S. | JURAT: |
| GWINNETT COUNTY | ) | |

### Verified Affidavit at Law

LET ALL MEN KNOW BY THESE PRESENT THAT THE PETITIONER being of appropriate age to testify of facts in accordance with First Hand Knowledge, regarding the pledge which issued by me within the state as a promise to repay, (note) and recorded in the county records of GWINNETT. Towit, every word contained in and of this declaration is true and correct, not misleading in any way, to ensure what is lawful, ethical, just and appropriate under the pains and penalty of perjury of the United States.

1

I, Charles Berry determine to exercise my rights regarding my understanding of the use of the note that was not disclosed unto me. This action is an attempt to resolve the injuries I continue to incur each month making payments to the Respondents on my promise to repay, while such contract is in fact unenforceable being materially altered after my execution and issuance to the originator of the loan. In my research, I have come to the understanding that I do have the exclusive right to question the forthrightness and genuineness of the ongoing process of secret deposits. It is my intention to invoke the court to compel the contract before the court for good cause shown. Even to amend the current behavior against the laws governing alterations to expose these respondents with the ones already exposed by the media to stop the future injuries of property rights for myself and my heirs, as an acknowledge liberty.

WHEREFORE, I MOVE to EXECUTE this verified affidavit supporting the action that this Verified Affidavit is attached to. That refusal was ongoing surrounding Affiant

being able to inspect the contract with my own eyes in a court of law.

Respectfully submitted, for I am

_____
(Petitioner)

Personally appeared before me a notary public for the state of Georgia, Charles Berry Barnett who duly states that the above statement is true and correct to the best of his belief, and using good faith, executed before me this ___ day of February, 2009 A.D. Year of Our Lord the Christ, and as such I place my hand and seal hereto as an Officer of the Court.

_____
Notary Public

Notary Public, Fulton County, Georgia
My Commission Expires April 15, 2012

My commission expires

SEAL: