IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES BERRY,<br><br>   Plaintiff,<br><br>    v.<br><br>FREEMONT INVESTMENTS, INC.,<br>et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:09-CV-1125-TWT |

### ORDER

This is a pro se civil action arising out of foreclosure proceedings involving the Plaintiff's home. It is before the Court on the Plaintiff's Motion for Emergency Preliminary Injunction [Doc. 8]. The Plaintiff has not shown sufficient likelihood of success to authorize the extraordinary remedy of a preliminary injunction. The Plaintiff's Motion for Emergency Preliminary Injunction [Doc. 8] is DENIED. The action was filed on March 19, 2009. The Plaintiff is ordered to show cause why this action should not be dismissed for failure to serve the Defendants within the time allowed by Rule 4 of the Federal Rules of Civil Procedure.

T:\ORDERS\09\Berry\prelimInj.wpd

SO ORDERED, this 29 day of July, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge