# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

CHARLES BERRY,
          Plaintiff,

vs.

FREEMONT INVESTMENTS, INC.,
et al.
          Defendant.

CIVIL ACTION FILE

NO. 1: 09-cv-1125-TWT

## JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to obey a lawful order of the court pursuant to Local Rule 41.3A(2).

Dated at Atlanta, Georgia, this 8th day of September, 2009.

JAMES N. HATTEN
CLERK OF COURT

By: _____
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 8, 2009
James N. Hatten
Clerk of Court

By: _____
       Deputy Clerk